**FORM B1**

# United States Bankruptcy Court
## District of _KANSAS_

**Voluntary Petition**

| **Name of Debtor** (if individual, enter Last, First, Middle): | **Name of Joint Debtor** (Spouse)(Last, First, Middle): |
|---|---|
| *Carter, Christopher S.* | *Carter, Nancy E.* |

| **All Other Names used by the Debtor in the last 6 years** (include married, maiden, and trade names): | **All Other Names used by the Joint Debtor in the last 6 years** (include married, maiden, and trade names): |
|---|---|
| *dba Icon Marketing Communications, Inc.* | *NONE* |

| **Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.** (if more than one, state all) *3871* | **Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No.** (if more than one, state all) *8142* |
|---|---|
| **Street Address of Debtor** (No. & Street, City, State & Zip Code): *5017 Hilltop Drive* *Shawnee KS 66226* | **Street Address of Joint Debtor** (No. & Street, City, State & Zip Code): *5017 Hilltop Drive* *Shawnee KS 66226* |
| **County of Residence or of the Principal Place of Business:** *Johnson* | **County of Residence or of the Principal Place of Business:** *Johnson* |
| **Mailing Address of Debtor** (if different from street address): *SAME* | **Mailing Address of Joint Debtor** (if different from street address): *SAME* |

**Location of Principal Assets of Business Debtor**
(If different from street address above): *NOT APPLICABLE*

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☒ Individual(s) ☐ Railroad | | ☒ Chapter 7 ☐ Chapter 11 ☐ Chapter 13 |
| ☐ Corporation ☐ Stockbroker | | ☐ Chapter 9 ☐ Chapter 12 |
| ☐ Partnership ☐ Commodity Broker | | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ ☐ Clearing Bank | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☒ Consumer/Non-Business ☐ Business | ☒ Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101

☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

04-21244

FILED CLERK US BANKRUPTCY COURT DISTRICT OF KANSAS
2004 MAR 30 P 3: 51
BY ___ DEPUTY AT KANSAS CITY, KS

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

## Voluntary Petition
*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
*Christopher S. Carter and*
*Nancy E. Carter*

**FORM B1, Page 2**

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| **Location Where Filed:** *NONE* | **Case Number:** | **Date Filed:** |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| **Name of Debtor:** *NONE* | **Case Number:** | **Date Filed:** |
| **District:** | **Relationship:** | **Judge:** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Christopher Carter_
Signature of Debtor

X _Nancy Carter_
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_3/30/2004_
Date

### Signature of Attorney

X _(signature)_
Signature of Attorney for Debtor(s)

_Jeffrey L. Wagoner KS 17489_
Printed Name of Attorney for Debtor(s)

_Wagoner Bankruptcy Group, P.C._
Firm Name

_3101 Broadway, Suite 901_
Address

_Kansas City MO  64111_

_816-756-1144_       _3/30/2004_
Telephone Number       Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_3/30/2004_
Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _(signature)_       _3/30/2004_
Signature of Attorney for Debtor(s)       Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

In re *Christopher S. Carter*
    *and*
    *Nancy E. Carter*

Case No.
Chapter  7

_____/ Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

## 1. Income from employment or operation of business.

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| *Year to date: $2,700 gross, $1,600 net estimated* | *Self-employment* |
| *Last Year: Estimated gross $80,000, estimated net $15,000* | *Self-employment and income to Icon Communications and Marketing, Inc.* |
| *Year before: Estimated gross $200,000; estimated net $60,000* | *Icon Communications and Marketing, Inc.* |

| | |
|---|---|
| *Year to date: $6,000 estimated* | *Coldwell Banker Regan Realty* |
| *Last Year: $38,327* | *same* |
| *Year before: $0* | *Homemaker* |



## 2. Income other than from employment or operation of business.

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 3. Payments to creditors.

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 4. Suits and administrative proceedings, executions, garnishments and attachments.

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *The Provident Bank vs. Christopher S. Carter et al, Case No. 03 CV06367* | *Foreclosure proceeding* | *District Court of Johnson County, KS* | *Sheriff's sale scheduled for March 31, 2004* |
| *Several collection cases against Mr. Carter* | *Collection of Delinquent Accounts* | *District Court of Johnson County, KS* | *Some have gone to judgment* |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name:  Internal Revenue Service* *Address:  see schedule E* | *2003* | *Description:  Lien against debtors' homestead for back income taxes* *Value:  $20,000* |
| *Name:  American Express* *Address:  see schedule D* | *2003* | *Description:  Judgment lien entered against Debtors' homestead, this lien is invalid, however, pursuant to the Kansas Homestead Exemption* *Value:  $57,000* |

## 5. Repossessions, foreclosures and returns.

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 6. Assignments and receiverships.

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 7. Gifts.

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and not filed.)

☒ NONE

## 8. Losses.

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 9. Payments related to debt counseling or bankruptcy.

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Payee: Jeffrey L. Wagoner<br>Address:<br>3101 Broadway, Suite 901<br>Kansas City, MO 64111 | Date of Payment:  3-30-04<br>Payor: Christopher S. Carter | $300.00 |

## 10. Other transfers.

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE



### 11. Closed financial accounts.

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *Institution: Union Bank Address: 9300 Blue Ridge Blvd Kansas City, MO* | *Account Type and No.: Business checking for Icon Marketing Final Balance: negative $557* | *around January 2004* |

### 12. Safe deposit boxes.

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| *Institution: Mission Bank Address: Mission, KS* | *Name: Debtors Address:* | *Important personal papers and effects with no significant extrinsic value* | *NA* |

### 13. Setoffs.

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 14. Property held for another person.

List all property owned by another person that the debtor holds or controls.

☒ NONE

### 15. Prior address of debtor.

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

## 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, release of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under any Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date _3/30/2004_____      Signature _____

Christopher S. Carter

Date _3/30/2004_____      Signature _____

Nancy E. Carter

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. § 152 and § 3571.



In re _Christopher S. Carter and Nancy E. Carter_____ / Debtor     Case No._____

(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _5017 Hilltop Drive, Shawnee, KS_ | _Fee Simple_ | _J_ | $ 225,000.00 | $ 210,000.00 |

No continuation sheets attached

**TOTAL $**     _225,000.00_
(Report also on Summary of Schedules.)



In re _Christopher S. Carter and Nancy E. Carter_ _____ / Debtor    Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases. If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | _Cash_ <br> _Location: In debtor's possession_ | J | $ 14.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | _Checking account_ <br> _Location: Gold Bank_ | J | $ 50.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | _Household goods:  furniture, kitchen items, knick knacks, wallhangings, small appliances, washer, dryer, refrigerator, 4 TVs, 3 VCRs, DVD player, kids toys, lawn mower, 2 personal computers_ <br> _Location: In debtor's possession_ | J | $ 15,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | _Clothing_ <br> _Location: In debtor's possession_ | J | $ 2,500.00 |
| 7. Furs and jewelry. | | _Costume jewelry, watches, wedding rings_ <br> _Location: In debtor's possession_ | J | $ 2,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

In re _Christopher S. Carter and Nancy E. Carter_       / Debtor     Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | _Unliquidated, contingent real estate commissions: Mrs. Carter is a real estate agent, and she does have some pending contracts as of the date of filing. However, those contracts will require significant post-petition work on her part to close. Mrs. Carter will bring a list of commissions for contracts pending as of the date of filing to the meeting of creditors._<br>_Location: In debtor's possession_ | W | _Unknown_ |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | | _1991 Mercury Capri_<br>_Location: In debtor's possession_ | J | $ 750.00 |
| | | _1993 Buick Regal_<br>_Location: In debtor's possession_ | J | $ 2,000.00 |

 

In re _Christopher S. Carter and Nancy E. Carter_ _____ / Debtor     Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | _2001 Ford Escape_<br>_Location: In debtor's possession_ | J | $ 10,175.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

Total ➤     $ 32,489.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re *Christopher S. Carter and Nancy E. Carter*_____ / Debtor     Case No. _____

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b) (1):  Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b) (2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *5017 Hilltop Drive, Shawnee, KS* | *Ks. Stat. Ann. §60-2301* | *$ 15,000.00* | *$ 225,000.00* |
| *Household goods* | *Ks. Stat. Ann. §60-2304(a)* | *$ 15,000.00* | *$ 15,000.00* |
| *Clothing* | *Ks. Stat. Ann. §60-2304(a)* | *$ 2,500.00* | *$ 2,500.00* |
| *Costume jewelry, watches, wedding rings* | *Ks. Stat. Ann. §60-2304(b)* | *$ 2,000.00* | *$ 2,000.00* |
| *1991 Mercury Capri* | *Ks. Stat. Ann. §60-2304(c)* | *$ 750.00* | *$ 750.00* |
| *1993 Buick Regal* | *Ks. Stat. Ann. §60-2304(c)* | *$ 2,000.00* | *$ 2,000.00* |

In re _Christopher S. Carter and Nancy E. Carter_____ / Debtor    Case No. _____

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H—Husband W—Wife J—Joint C—Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No:  _Creditor # : 1_  _Ford Motor Credit_  _National Bankruptcy Service_  _PO Box 537901_  _Livonia MI 48153-7901_ | J | _2001_  _Consensual Lien_  Value: _$ 10,175.00_ | | | | _$ 17,000.00_ | _$ 6,825.00_ |
| Account No: _6367_  _Creditor # : 2_  _Provident Bank_  _PO Box 14336_  _Cincinnati OH 45250-1186_ | J | _Mortgage_  Value: _$ 225,000.00_ | | | | _$ 210,000.00_ | _$ 0.00_ |
| Account No:  _Representing:_  _Provident Bank_ | | _John F Michael, Esq_  _9300 W 110th St_  _Suite 400_  _Overland Park KS 66210_  Value: | | | | | |
| Account No: | | Value: | | | | | |

No continuation sheets attached

Subtotal $    _227,000.00_
(Total of this page)

Total $    _227,000.00_
(Use only on last page. Report total also on Summary of Schedules)

In re _Christopher S. Carter and Nancy E. Carter_ _____ / Debtor    Case No._____
                                                                              (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_    continuation sheets attached

In re _Christopher S. Carter and Nancy E. Carter_ / Debtor    Case No._____

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No:  **Creditor # : 1** **Internal Revenue Service** **271 W 3rd St N, Suite 3000** **STOP 5020WIC** **Wichita KS 67202** | J | 2001 & 2002 & 2003  Federal income taxes | | | | $ 20,000.00 | $ 20,000.00 |
| Account No:  **Representing:** **Internal Revenue Service** | | U S Attorney 500 State Ave, Room 360 Kansas City KS 66101 | | | | | |
| Account No:  **Creditor # : 2** **Johnson County Assessor** **111 South Cherry** **Olathe KS 66061-3468** | J | 2002-2003  Personal property taxes | | | | $ 1,200.00 | $ 1,200.00 |
| Account No:  **Creditor # : 3** **KS Department of Revenue** **915 SW Harrison** **Topeka KS 66699-1000** | J | 2001-2002-2003  State income taxes | | X | | $ 3,000.00 | $ 3,000.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _1_ of _1_ continuation sheets attached to

Schedule of Creditors

| | |
|---|---|
| Subtotal $ (Total of this page) | 24,200.00 |
| Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 24,200.00 |

In re _Christopher S. Carter and Nancy E. Carter_ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** _4845_<br><br>**Creditor # : 1**<br>**Accent Advertising**<br>**1227 Clay**<br>**North Kansas Cit MO 64116** | X | H | **Services rendered**<br>**Icon's debt** | | | | $ 13,799.00 |
| **Account No:**<br><br>**Creditor # : 2**<br>**AdPro Images**<br>**PO Box 8206**<br>**Prairie Village KS 66208** | X | H | **2003**<br>**Services rendered**<br>**Icon's debt** | | | | $ 21,672.00 |
| **Account No:** _1005_<br><br>**Creditor # : 3**<br>**American Express**<br>**Customer Service**<br>**PO Box 297804**<br>**Ft Lauderdale FL 33329-7804** | | J | **Credit Card**<br>**Creditor has illegally placed a lien**<br>**on Debtors' homestead for this debt** | | | | $ 57,349.00 |
| **Account No:**<br><br>**Representing:**<br>**American Express** | | | **RMA**<br>**10 Lake Center Executive Park**<br>**401 Route 73 North**<br>**Marlton NJ 08053** | | | | |

_8_ continuation sheets attached

**Subtotal $**    92,820.00

(Total of this page)

**Total $**

(Report total also on Summary of Schedules)

In re _Christopher S. Carter and Nancy E. Carter_____ / Debtor    Case No. _____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>*Representing:*<br>*American Express* | | *Cohen McNeile et al*<br>*4601 College Blvd*<br>*Suite 200*<br>*Leawood KS 66211-1650* | | | | |
| Account No:   *1004*<br>*Creditor # : 4*<br>*American Express Business Fin*<br>*PO Box 53738*<br>*Phoenix AZ 85027-3738* | *X* | *H*<br>*Credit Card*<br>*Icon's debt* | | | | $ 1,516.00 |
| Account No:<br>*Representing:*<br>*American Express Business Fin* | | *Mitchell N Kay, Esq*<br>*7 Penn Plaza*<br>*New York NY 10001-3995* | | | | |
| Account No:   *1572*<br>*Creditor # : 5*<br>*Bank One*<br>*PO Box 94014*<br>*Palatine IL 60094-4014* | | *H*<br>*Credit Card* | | | | $ 16,742.00 |
| Account No:<br>*Creditor # : 6*<br>*Bensoft*<br>*912 Baltimore Ave*<br>*Suite 900*<br>*Kansas City MO 64105* | *X* | *H*<br>*Services rendered*<br>*Icon's debt* | | | | $ 8,500.00 |
| Account No:<br>*Creditor # : 7*<br>*Birch Telecom*<br>*Attention Customer Service*<br>*PO Box 660111*<br>*Dallas TX 75266-0111* | *X* | *H*   *2003*<br>*Telephone*<br>*Icon's debt* | | | | $ 1,605.00 |

Sheet No. _1_ of _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)     28,363.00

Total $
(Report total also on Summary of Schedules)

In re _Christopher S. Carter and Nancy E. Carter_ _____ / Debtor     Case No. _____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>_Creditor # : 8_<br>_Boelte-Hall Litho_<br>_4710 Roe Parkway_<br>_Roeland Park KS 66205-1198_ | X | H | _Services rendered_<br>_Icon's debt_ | | | | $ 2,598.00 |
| Account No:    _1954_<br><br>_Creditor # : 9_<br>_Capital One_<br>_PO Box 85147_<br>_Richmond VA 23276_ | | H | _Credit Card_ | | | | $ 4,924.00 |
| Account No:<br><br>_Creditor # : 10_<br>_Classic Cuisine_<br>_1720 Glenview_<br>_Park Ridge IL 60068_ | X | H | _Services rendered_<br>_Icon's debt_ | | | | _Unknown_ |
| Account No:    _8011_<br><br>_Creditor # : 11_<br>_Cross Country Bank_<br>_PO Box 15414_<br>_Wilmington DE 19850-5414_ | | H | _Credit Card_ | | | | $ 535.00 |
| Account No:<br><br>_Representing:_<br>_Cross Country Bank_ | | | _Simms Associates_<br>_PO Box 7526_<br>_Newark NJ 19714-7526_ | | | | |
| Account No:<br><br>_Creditor # : 12_<br>_Deborah L. Carter_<br>_c/o Robert Carter_<br>_5607 Pawnee Drive_<br>_Kansas City KS 66106_ | | H | _Personal Loan_ | | | | $ 8,000.00 |

Sheet No.   _2_  of   _8_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         16,057.00
(Total of this page)
Total $  _____
(Report total also on Summary of Schedules)

In re _Christopher S. Carter and Nancy E. Carter_____ / Debtor    Case No. _____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 13<br>Dee Richmond GMAC Realty<br>3309 Vollmer Road<br>Flossmor IL 60422 | X | H | 2003<br>Rental for house<br>Icon's debt | | | | Unknown |
| Account No:<br><br>Creditor # : 14<br>Digigraph Xpress<br>2001 Walnut St<br>Kansas City MO 64108 | X | H | Services rendered<br>Icon's debt | | | | $ 125.00 |
| Account No:    2916<br><br>Creditor # : 15<br>Discover Card<br>PO Box 30395<br>Salt Lake City UT 84130-0395 | | H | 2002<br>Credit Card | | | | $ 11,342.00 |
| Account No:<br><br>Creditor # : 16<br>Faith United Methodist Church<br>6516 Hedge Lane<br>Shawnee KS 66226 | X | H | 2003<br>Advertising Bill<br>Icon's debt | | | | $ 17,000.00 |
| Account No:<br><br>Creditor # : 17<br>Fasone Garrett Boehm Advertisi<br>4003 Pennsylvania Ave<br>Kansas City MO 64111 | X | H | Services rendered<br>Icon's debt | | | | $ 1,000.00 |
| Account No:<br><br>Creditor # : 18<br>Fisher Anderson Leasing<br>1370 NW 114th Street<br>Suite 300<br>Des Moines IA 50325 | X | H | Personal guaranty of business deb | | | | $ 6,265.00 |

Sheet No. _3_ of __8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    35,732.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

In re _Christopher S. Carter and Nancy E. Carter_ / Debtor     Case No. _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 0590<br>Creditor # : 19<br>Freedom Capital<br>P. O. Box 41647<br>Philadelphia PA 19101-1647 | X | H | Personal guaranty of business deb | | | | $ 5,484.00 |
| Account No:<br>Creditor # : 20<br>Graphic Services<br>PO Box 24<br>Olathe KS 66061 | X | H | Services rendered<br>Icon's debt | | | | $ 4,350.00 |
| Account No:<br>Creditor # : 21<br>Heartland Technology Solutions<br>653 Oak Road<br>Harlan IA 51537 | | H | 2003<br>Services rendered<br>Icon's debt | | | | $ 1,188.00 |
| Account No: 8572<br>Creditor # : 22<br>Household Finance Copr<br>PO Box 4153<br>Carol Stream IL 60197 | | J | Signature Loan | | | | $ 7,527.00 |
| Account No:<br>Creditor # : 23<br>Humana Kansas City, Inc.<br>Humana, Inc.<br>500 West Main<br>Louisville KY 40201 | X | H | 1999<br>Personal guaranty of business deb | | | | $ 165,000.00 |
| Account No:<br>Representing:<br>Humana Kansas City, Inc. | | | Shook, Hardy & Bacon, LLP<br>2555 Grand Blvd<br>Kansas City MO 64108-2613 | | | | |

Sheet No. _4_ of _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    183,549.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

In re _Christopher S. Carter and Nancy E. Carter_ / Debtor     Case No. _____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  0443<br><br>Creditor # : 24<br>IFFT & Company<br>11030 Granada Lane<br>Suite 100<br>Shawnee Mission KS 66211 | X | H | 2002<br>Services rendered<br>Icon's debt | | | | $ 2,200.00 |
| Account No:<br><br>Representing:<br>IFFT & Company | | | Martin Leigh Laws & Fritzlen,<br>1044 Main, Suite 400<br>Kansas City MO 64105-2135 | | | | |
| Account No:<br><br>Creditor # : 25<br>Kansas City Business Journal<br>1101 Walnut<br>Kansas City MO 64106 | X | H | Services rendered<br>Icon's debt | | | | $ 3,500.00 |
| Account No:<br><br>Creditor # : 26<br>Kessinger Hunter<br>PO Box 930361<br>Kansas City MO 64193-0361 | X | H | 2002<br>Personal guaranty of business deb<br>Lease for office space | | | | $ 65,134.00 |
| Account No:<br><br>Creditor # : 27<br>KSHB-TV<br>4720 Oak Street<br>Kansas City MO 64112 | X | H | Services rendered<br>Icon's debt | | | | $ 1,350.00 |
| Account No:<br><br>Creditor # : 28<br>Mail Print<br>8300 N.E. Underground Drive<br>Pillar 122<br>Kansas City MO 64161 | X | H | Services rendered<br>Icon's debt | | | | $ 13,526.00 |

Sheet No.  5  of  8  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     85,710.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

In re _Christopher S. Carter and Nancy E. Carter_ / Debtor    Case No. _____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 5975<br><br>Creditor # : 29<br>MBNA<br>PO Box 15102<br>Wilmington DE 19886 | | H | 2002<br>Credit Card | | | | $ 10,037.00 |
| Account No:<br><br>Creditor # : 30<br>Melissa Beaudoin<br>2005 S. Kenwood<br>Olathe KS 66062 | X | H | Services rendered<br>Icon's debt | | | | $ 270.00 |
| Account No:<br><br>Creditor # : 31<br>Missouri Bank & Trust<br>Attn: Jim Geotz<br>1044 Main<br>Kansas City MO 64105 | X | H | 2002<br>Personal guaranty of business deb | | | | $ 320,000.00 |
| Account No:<br><br>Creditor # : 32<br>Pitney Bowes<br>PO Box 41067<br>Norfolk VA 23541 | X | H | Postage<br>Icon's debt | | | | Unknown |
| Account No: 4325<br><br>Creditor # : 33<br>Providian<br>Customer Service<br>PO Box 9016<br>Pleasanton CA 94566-9016 | | W | Credit Card | | | | $ 1,123.00 |
| Account No:<br><br>Creditor # : 34<br>Public Storage<br>8830 Long<br>Lenexa KS 66215 | X | H | Storage unit<br>Icon's debt | | | | $ 379.00 |

Sheet No. _6_ of _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    331,809.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

In re _Christopher S. Carter and Nancy E. Carter_____ / Debtor     Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Representing:* *Public Storage* | | | *Allied Interstate, Inc* *Collection Division* *PO Box 297890* *Columbus OH 43229* | | | | |
| Account No: *Creditor # : 35* *Regus Business Centre* *2 Pershing Square* *Kansas City MO 64108* | X | H | *2002* *Personal guaranty of business deb* | | | | $ 3,161.00 |
| Account No: *Creditor # : 36* *Robert H. Carter* *5607 Pawnee Drive* *Kansas City KS 66106* | | J | *2002-2003-2004* *Personal Loan* | | | | $ 200,000.00 |
| Account No: *Creditor # : 37* *Robert L. Waller* *5646 Riggs* *Mission KS 66202* | | J | *2002-2003* *Personal Loan* | | | | $ 33,000.00 |
| Account No: *Creditor # : 38* *SCC Printing* *215 W. 18th St* *Kansas City MO 64108* | X | H | *2002* *Printing* *Icon's debt* | | | | $ 3,746.00 |
| Account No: *Creditor # : 39* *TAllgrass Technologies* *8320 Nieman Road* *Shawnee KS 66214* | X | H | *Services rendered* *Icon's debt* | | | | $ 2,080.00 |

Sheet No. _7_ of _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page) | 241,987.00

Total $ (Report total also on Summary of Schedules)

In re _Christopher S. Carter and Nancy E. Carter_ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   0032 <br><br>Creditor # : 40 <br>Trabon Paris Printing <br>430 E. Bannister Road <br>Kansas City MO 64131 | X | H | Services rendered <br>Icon's debt | | | | $ 1,833.00 |
| Account No: <br><br>Creditor # : 41 <br>Union Bank <br>9300 Blue Ridge <br>Kansas City MO 64138 | X | J | 2003 <br>Overdrawn checking account <br>Icon's debt, listed for notice | | | | $ 557.00 |
| Account No: <br><br>Creditor # : 42 <br>Video Post <br>PO Box 87-8875 <br>Kansas City MO 64187-8875 | X | H | Services rendered <br>Icon's debt | | | | $ 1,479.00 |
| Account No: <br><br>Creditor # : 43 <br>Wanda Kelsey-Mendez <br>6801 Marty <br>Shawnee Mission KS 66204 | X | H | Services rendered <br>Icon's debt | | | X | $ 14,000.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _8_ of ___8___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ <br>(Total of this page) | 17,869.00 |
| Total $ <br>(Report total also on Summary of Schedules) | 1,033,896.00 |

In re *Christopher S. Carter and Nancy E. Carter* _____ / Debtor    Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of
    creditors.

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

Page <u>1</u> of <u>1</u>

In re _Christopher S. Carter and Nancy E. Carter_ / Debtor   Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Icon Marketing Communications, 5017 Hilltop Drive Shawnee KS  66226 | Accent Advertising 1227 Clay North Kansas Cit MO  64116

AdPro Images PO Box 8206 Prairie Village KS  66208

American Express Business Fin PO Box 53738 Phoenix AZ  85027-3738

Bensoft 912 Baltimore Ave Suite 900 Kansas City MO  64105

Birch Telecom Attention Customer Service PO Box 660111 Dallas TX  75266-0111

Boelte-Hall Litho 4710 Roe Parkway Roeland Park KS  66205-1198

Classic Cuisine 1720 Glenview Park Ridge IL  60068

Dee Richmond GMAC Realty 3309 Vollmer Road Flossmor IL  60422

Digigraph Xpress 2001 Walnut St Kansas City MO  64108

Faith United Methodist Church 6516 Hedge Lane Shawnee KS  66226 |

In re _Christopher S. Carter and Nancy E. Carter_____ / Debtor   Case No. _____
                                                                              (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | _Fasone Garrett Boehm Advertisi_<br>_4003 Pennsylvania Ave_<br>_Kansas City MO  64111_ |
| _Icon Marketing Communications,...continued_ | _Fisher Anderson Leasing_<br>_1370 NW 114th Street_<br>_Suite 300_<br>_Des Moines IA  50325_ |
| | _Freedom Capital_<br>_P. O. Box 41647_<br>_Philadelphia PA  19101-1647_ |
| | _Graphic Services_<br>_PO Box 24_<br>_Olathe KS  66061_ |
| | _Humana Kansas City, Inc._<br>_Humana, Inc._<br>_500 West Main_<br>_Louisville KY  40201_ |
| | _IFFT & Company_<br>_11030 Granada Lane_<br>_Suite 100_<br>_Shawnee Mission KS  66211_ |
| | _Kansas City Business Journal_<br>_1101 Walnut_<br>_Kansas City MO  64106_ |
| | _Kessinger Hunter_<br>_PO Box 930361_<br>_Kansas City MO  64193-0361_ |
| | _KSHB-TV_<br>_4720 Oak Street_<br>_Kansas City MO  64112_ |
| | _Mail Print_<br>_8300 N.E. Underground Drive_<br>_Pillar 122_<br>_Kansas City MO  64161_ |
| | _Melissa Beaudoin_<br>_2005 S. Kenwood_<br>_Olathe KS  66062_ |

In re _Christopher S. Carter and Nancy E. Carter_ / Debtor     Case No. _____

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Icon Marketing Communications,...continued_ | _Missouri Bank & Trust_<br>_Attn: Jim Geotz_<br>_1044 Main_<br>_Kansas City MO  64105_<br><br>_Pitney Bowes_<br>_PO Box 41067_<br>_Norfolk VA  23541_<br><br>_Public Storage_<br>_8830 Long_<br>_Lenexa KS  66215_<br><br>_Regus Business Centre_<br>_2 Pershing Square_<br>_Kansas City MO  64108_<br><br>_SCC Printing_<br>_215 W. 18th St_<br>_Kansas City MO  64108_<br><br>_TAllgrass Technologies_<br>_8320 Nieman Road_<br>_Shawnee KS  66214_<br><br>_Trabon Paris Printing_<br>_430 E. Bannister Road_<br>_Kansas City MO  64131_<br><br>_Union Bank_<br>_9300 Blue Ridge_<br>_Kansas City MO  64138_<br><br>_Video Post_<br>_PO Box 87-8875_<br>_Kansas City MO  64187-8875_<br><br>_Wanda Kelsey-Mendez_<br>_6801 Marty_<br>_Shawnee Mission KS  66204_ |

In re *Christopher S. Carter and Nancy E. Carter* / Debtor    Case No. _____

(if known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: *Married* | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP *Son* *Daughter* | AGE *17* *14* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Unemployed* | *Real estate* |
| Name of Employer | | *Coldwell Banker Regan Realty* |
| How Long Employed | | *1 1/2 yrs* |
| Address of Employer | | *11800 Shawnee Mission Parkway* *Shawnee KS  66203* |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 0.00 | $ 4,166.00 |
| Estimated Monthly Overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 0.00 | $ 4,166.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll Taxes and Social Security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union Dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 4,166.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from Real Property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social Security or other government assistance Specify: | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income Specify: | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 0.00 | $ 4,166.00 |
| TOTAL COMBINED MONTHLY INCOME   $ 4,166.00 (Report also on Summary of Schedules) | | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

    *Mr. Carter is currently ill and unable to work.  He has applied for disability, but it has not been approved.  Mrs. Carter made $38,000 last year, and hopes to make more than that this year.  Therefore, we have listed her monthly income based on an annual income of $50,000.*

In re _Christopher S. Carter and Nancy E. Carter_ / Debtor     Case No. _____

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,800.00 |
| Are real estate taxes included?   Yes ☐   No ☒ | | |
| Is property insurance included?   Yes ☐   No ☒ | | |
| Utilities: Electricity and heating fuel | $ | 350.00 |
|   Water and sewer | $ | 50.00 |
|   Telephone | $ | 65.00 |
|   Other   _Cell Phone_ | $ | 100.00 |
|   Other   _Cable & internet service provi_ | $ | 90.00 |
|   Other   _Homes association dues_ | $ | 28.00 |
| Home maintenance (Repairs and upkeep) | $ | 100.00 |
| Food | $ | 500.00 |
| Clothing | $ | 150.00 |
| Laundry and dry cleaning | $ | 25.00 |
| Medical and dental expenses | $ | 200.00 |
| Transportation (not including car payments) | $ | 250.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|   Homeowner's or renter's | $ | 120.00 |
|   Life | $ | 75.00 |
|   Health | $ | 200.00 |
|   Auto | $ | 130.00 |
|   Other | $ | 0.00 |
|   Other | $ | 0.00 |
|   Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage) | | |
| Specify:   _Property taxes_ | $ | 285.00 |
| Installment payments: (in chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|   Auto | $ | 500.00 |
|   Other:   _Estimated income taxes_ | $ | 1,041.00 |
|   Other: | $ | 0.00 |
|   Other: | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other:   _Haircuts & cosmetics_ | $ | 75.00 |
| Other: | $ | 0.00 |
| Other: | $ | 0.00 |
| TOTAL MONTHLY EXPENSES   (Report also on Summary of Schedules) | $ | 6,234.00 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

In re *Christopher S. Carter and Nancy E. Carter*

Case No.
Chapter   7

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's  liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | Yes | 1 | $ 225,000.00 | | |
| B-Personal Property | Yes | 3 | $ 32,489.00 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $ 227,000.00 | |
| E-Creditors Holding Unsecured Priority Claims | Yes | 2 | | $ 24,200.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $ 1,033,896.00 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $ 4,166.00 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 6,234.00 |
| Total Number of Sheets in All Schedules ▶ | | 21 | | | |
| Total Assets ▶ | | | $ 257,489.00 | | |
| Total Liabilities ▶ | | | | $ 1,285,096.00 | |

In re _Christopher S. Carter and Nancy E. Carter_ / Debtor        Case No. _____
                                                                        (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___22___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _3/30/2004_____        Signature _____
                                              _Christopher S. Carter_

Date: _3/30/2004_____        Signature _____
                                              _Nancy E. Carter_

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS

In re *Christopher S. Carter and Nancy E. Carter*

Case No. 
Chapter   7

_____ / Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

a.  **Property to Be Surrendered.**

| Description of Property | Creditor's Name |
| --- | --- |
| *None* | |

b.  **Property to Be Retained.**                [Check any applicable statement.]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
| --- | --- | --- | --- | --- |
| *2001 Ford Escape* | *Ford Motor Credit* | | | X |
| *5017 Hilltop Drive, Shawnee, KS* | *Provident Bank* | X | | X |

### Signature of Debtor(s)

Date: *3/30/2004*                Debtor: _____

Date: *3/30/2004*                Joint Debtor: _____



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

In re   *Christopher S. Carter*
            *and*
        *Nancy E. Carter*

Case No.
Chapter  7

_____ / Debtor

Attorney for Debtor:  *Jeffrey L. Wagoner*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____*1,400.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . $_____*300.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $_____*1,100.00*

3. $_____*209.00*_____ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: *3/30/2004*                    Respectfully submitted,

                                      X_____

Attorney for Petitioner: *Jeffrey L. Wagoner*
                         *Wagoner Bankruptcy Group, P.C.*
                         *3101 Broadway, Suite 901*
                         *Kansas City MO  64111*