IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS - KANSAS CITY DIVISION

IN RE: )
)
CHRISTOPHER S. CARTER, and, )
NANCY E. CARTER, ) Case No. 04-21244-7
)
Debtors. )

**TRUSTEE'S MOTION FOR TURNOVER**

COMES NOW the Trustee, Carl R. Clark of Lentz & Clark, P.A. and respectfully represents as follows:

1. Debtors filed a voluntary petition under Chapter 7 on March 30, 2004.

2. Carl R. Clark was appointed as Trustee on the above-captioned case, has qualified, and is now acting as such Trustee.

3. Trustee requested that Debtors turnover pre-petition real estate commissions earned by Mrs. Carter of $9,408.94, as well as, the 507 Holmes commission and an accounting of that commission received (scheduled to close October 8, 2004) for the estate's administration. Additionally, Trustee requested clarification that the $9,408.94 commissions and 507 Holmes commission were the only contracts in existence on the date of filing.

4. Trustee requested, yet has never received, the last filed tax return(s) for ICON, Debtor Christopher Carter's marketing company.

5. Debtors have failed to comply with the Trustee's requests for turnover of the monies and/or additional information/documentation as outlined herein and above.

WHEREFORE, the Trustee respectfully requests this Court's Order requiring Debtors to deliver to the Trustee the non-exempt real estate commissions in the sum of $9,408.94; an accounting of the 507 Holmes sale commission received upon closing of the contract; turnover of the 507 Holmes commission; the most recent filed ICON tax return(s); and, for such other and further relief as the Court deems just and equitable.

Dated this 27th day of June, 2005.

                                                          s/ Carl R. Clark
Carl R. Clark
Lentz & Clark, P.A.
P.O. Box 12167
Overland Park, KS  66282-2167
(913) 648-0600
(913) 648-0664 Telecopier
Trustee/Attorney for Trustee