# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 04-21244-7 DLS  
Case Name: Carter, Christopher S.  
Carter, Nancy E.  
Period Ending: 08/31/06

Trustee: (360100) Carl R. Clark  
Filed (f) or Converted (c): 03/30/04 (f)  
§341(a) Meeting Date: 04/26/04  
Claims Bar Date: 10/30/06

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Homestead | 225,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | cash | 14.00 | 0.00 | DA | 0.00 | FA |
| 3 | checking gold bank | 50.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household furnishings | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Wearing apparel | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Jewelry | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Real estate commissions | 9,408.94 | 5,000.00 | | 1,000.00 | 4,000.00 |
| 8 | 1991 Mercury Capri | 750.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1993 Buick | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2001 Ford Escape | 10,175.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.57 | Unknown |
| 11 | Assets Totals (Excluding unknown values) | $266,897.94 | $5,000.00 | | $1,000.57 | $4,000.00 |

Major Activities Affecting Case Closing:

Trustee will be filing a Motion to Approve compromise of commissions for $5000.

Initial Projected Date Of Final Report (TFR): March 30, 2006  Current Projected Date Of Final Report (TFR): December 31, 2007

Printed: 09/26/2006 10:20 AM    V.8.12

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

Case Number: 04-21244-7 DLS
Case Name: Carter, Christopher S.
Carter, Nancy E.
Taxpayer ID #: 13-7535618
Period Ending: 08/31/06

Trustee: Carl R. Clark (360100)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****16-65 - Money Market Account
Blanket Bond: $22,400,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 07/19/06 | {7} | Christopher S. Carter | Commissions | 1129-000 | 500.00 | | 500.00 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.12 | | 500.12 |
| 08/18/06 | {7} | Christopher Carter | Commissions | 1129-000 | 500.00 | | 1,000.12 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.45 | | 1,000.57 |
| | | | ACCOUNT TOTALS | | 1,000.57 | 0.00 | $1,000.57 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 1,000.57 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $1,000.57 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****16-65 | 1,000.57 | 0.00 | 1,000.57 |
| | $1,000.57 | $0.00 | $1,000.57 |

{} Asset reference(s)

Printed: 09/26/2006 10:20 AM    V.8.12