**SO ORDERED.**

**SIGNED this 25 day of October, 2006.**



                                                  Dale L. Somers
                                    **UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CARTER, CHRISTOPHER S. and, | ) | Case No. 04-21244-7 |
| CARTER, NANCY E., | ) | |
| | ) | |
| Debtors. | ) | |

**ORDER ON MOTION TO APPROVE COMPROMISE**

THIS MATTER comes on for consideration upon the Trustee's Motion to Approve Compromise, filed on or about October 4, 2006. Due and proper notice of the Motion was given to creditors and parties in interest as evidenced by a Notice with Opportunity filed on or about October 4, 2006. No objections were timely filed, and no hearing was held. Accordingly, the Court, having considered the application, the file, and being duly advised in the premises, finds and orders as follows:

    1.    On or about June 13, 2006, the Trustee filed his Complaint to Revoke Debtors' Discharge. In said complaint he sought to revoke debtors' discharge for failure to turnover certain commissions paid to Nancy Carter, in the amount of $9,408.94, pursuant to an Order for Turnover previously entered by the Court.

2. On or about July 7, 2006, Trustee met with Debtors regarding the unpaid commissions and agreed to accept a settlement amount of $5,000.00 in satisfaction of his claim to the commissions paid to Nancy Carter. The $5,000.00 is to be paid in $500.00 installments starting July 15, 2006 and continuing monthly thereafter until the total amount is received. The Trustee believes said compromise is reasonable, given possible exemption claims the Debtors could have asserted but did not with respect to the subject commissions.

3. Upon approval of this compromise, the Trustee shall seek an order staying the pending complaint for the duration of the foregoing payment schedule.

4. The proposed compromise is in the best interest of creditors and parties in interest.

IT IS ORDERED, ADJUDGED AND DECREED that the Trustee's Motion for Approval of Compromise is hereby granted, and the Trustee be and hereby is authorized to execute any documents and to take any action necessary to consummate said compromise agreement.

IT IS SO ORDERED.

###

Respectfully submitted:

s/ Carl R. Clark
Carl R. Clark, KS #11411
Lentz & Clark, P.A.
9260 Glenwood
P.O. Box 12167
Overland Park, KS 66282-2167
(913) 648-0600
(913) 648-0664 Telecopier
Chapter 7 Trustee