IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

In re: )
)
Carter, Christopher S. )
Carter, Nancy E. ) Case No. 04-21244-7 DLS
)
Debtors. )

## TRUSTEE'S FINAL REPORT AND APPLICATION FOR DISCHARGE

The undersigned Trustee has completed administration of the above bankruptcy estate and submits this Final Report and accounting showing the following: estate property record (Form 1), cash receipts and disbursements record (Form 2), bank statement, expense and disbursement worksheet (Schedule A), Trustee's fees and expenses (Schedule B), summary of allowed claims and estimated distribution (Schedule C), claims register (Schedule D).

| | | | | | |
|---|---|---|---|---|---|
| 1) | Total receipts (see attached cash journal) | | | $ | 6,034.65 |
| PRIOR DISBURSEMENTS | | | | | |
| 2) | Administrative Expenses | $ | 0.00 | | |
| 3) | Disbursements to Secured Creditors | $ | 0.00 | | |
| 4) | Disbursements to Priority Creditors | $ | 0.00 | | |
| 5) | Other Disbursements (specify below) | $ | 0.00 | | |
| 6) | TOTAL DISBURSEMENTS | $ | 0.00 | | |
| 7) | CASH ON HAND | | | $ | 6,034.65 |

### AMOUNTS TO BE DISTRIBUTED

| | | | |
|---|---|---|---|
| 8) | Trustee's fees and expenses: The trustee applies for compensation of $1,353.47, and reimbursement of expenses of $500.00 | $ | 1,853.47 |
| 9) | Other administrative expenses | $ | 1,414.00 |

| | | ALLOWED CLAIMS | ESTIMATED DIVIDENDS |
|---|---|---|---|
| 10) | Priority Claims | $ 0.00 | $ 0.00 |
| 11) | Non-Priority Unsecured Claims | $ 0.00 | $ 0.00 |
| 12) | Secured Claims | $ 7,383.39 | $ 2,767.18 |
| | TOTAL | $ 7,383.39 | |
| | ENDING BALANCE | | $ 2,767.18 |

Therefore, the trustee prays that his Final Report be accepted.

DATED: January 13, 2009      s/Carl R. Clark
Carl R. Clark, Trustee
9260 Glenwood
Overland Park, KS 66212-0167
(913) 648-0600
cclark@lentzandclark.com

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 04-21244-7 DLS
**Case Name:** Carter, Christopher S.
Carter, Nancy E.
**Period Ending:** 01/13/09

**Trustee:** (360100) Carl R. Clark
**Filed (f) or Converted (c):** 03/30/04 (f)
**§341(a) Meeting Date:** 04/26/04
**Claims Bar Date:** 10/30/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Homestead | 225,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | cash | 14.00 | 0.00 | DA | 0.00 | FA |
| 3 | checking gold bank | 50.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household furnishings | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Wearing apparel | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Jewelry | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Real estate commissions | 9,408.94 | 5,000.00 | | 5,000.00 | FA |
| 8 | 1991 Mercury Capri | 750.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1993 Buick | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2001 Ford Escape | 10,175.00 | 0.00 | DA | 0.00 | FA |
| 11 | Attorneys Fees (u) | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 34.65 | Unknown |
| 12 | Assets   Totals (Excluding unknown values) | $267,897.94 | $6,000.00 | | $6,034.65 | $0.00 |

**Major Activities Affecting Case Closing:**

Final Report sent to Wichita January 13, 2009.

**Initial Projected Date Of Final Report (TFR):** March 30, 2006    **Current Projected Date Of Final Report (TFR):** January 13, 2009 (Actual)

Printed: 01/13/2009 09:43 AM    V.10.54

# Form 2
# Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 04-21244-7 DLS | | Trustee: | Carl R. Clark (360100) |
|---|---|---|---|---|
| Case Name: | Carter, Christopher S. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | Carter, Nancy E. | | Account: | ***-*****16-65 - Money Market Account |
| Taxpayer ID #: | 13-7535618 | | Blanket Bond: | $24,200,000.00 (per case limit) |
| Period Ending: | 01/13/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/19/06 | {7} | Christopher S. Carter | Commissions | 1129-000 | 500.00 | | 500.00 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.12 | | 500.12 |
| 08/18/06 | {7} | Christopher Carter | Commissions | 1129-000 | 500.00 | | 1,000.12 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.45 | | 1,000.57 |
| 09/19/06 | {7} | Christopher Carter | Commissions | 1129-000 | 500.00 | | 1,500.57 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.73 | | 1,501.30 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.05 | | 1,502.35 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.98 | | 1,503.33 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.95 | | 1,504.28 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.00 | | 1,505.28 |
| 02/08/07 | {7} | Christopher Carter | Commissions | 1129-000 | 500.00 | | 2,005.28 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.90 | | 2,006.18 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.07 | | 2,007.25 |
| 04/16/07 | {7} | Christopher Carter | Commissions | 1129-000 | 1,750.00 | | 3,757.25 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.51 | | 3,758.76 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.07 | | 3,760.83 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.94 | | 3,762.77 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.14 | | 3,764.91 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.07 | | 3,766.98 |
| 09/18/07 | {7} | Christopher Carter | Commissions | 1129-000 | 150.00 | | 3,916.98 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.90 | | 3,918.88 |
| 10/11/07 | {7} | Christopher Carter | Commissions | 1129-000 | 150.00 | | 4,068.88 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.34 | | 4,071.22 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 2.11 | | 4,073.33 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 2.07 | | 4,075.40 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 1.86 | | 4,077.26 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.83 | | 4,078.09 |
| 03/27/08 | {7} | Christopher Carter | Commissions | 1129-000 | 950.00 | | 5,028.09 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.76 | | 5,028.85 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.70 | | 5,029.55 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.62 | | 5,030.17 |
| 06/17/08 | {11} | Christopher Carter | Attorney Fees | 1249-000 | 1,000.00 | | 6,030.17 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.68 | | 6,030.85 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.76 | | 6,031.61 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.71 | | 6,032.32 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.79 | | 6,033.11 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.65 | | 6,033.76 |

Subtotals: $6,033.76 $0.00

{} Asset reference(s)

Printed: 01/13/2009 09:43 AM V.10.54

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 04-21244-7 DLS | | Trustee: | Carl R. Clark (360100) |
|---|---|---|---|---|
| Case Name: | Carter, Christopher S. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | Carter, Nancy E. | | Account: | \*\*\*-\*\*\*\*\*16-65 - Money Market Account |
| Taxpayer ID #: | 13-7535618 | | Blanket Bond: | $24,200,000.00 (per case limit) |
| Period Ending: | 01/13/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.47 | | 6,034.23 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 6,034.65 |
| | | | ACCOUNT TOTALS | | 6,034.65 | 0.00 | $6,034.65 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 6,034.65 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $6,034.65 | $0.00 | |

Net Receipts : 6,034.65

Net Estate : $6,034.65

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*16-65 | 6,034.65 | 0.00 | 6,034.65 |
| | $6,034.65 | $0.00 | $6,034.65 |

{} Asset reference(s)

Printed: 01/13/2009 09:43 AM    V.10.54

# JPMorganChase

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

November 29, 2008 through December 31, 2008
Account Number:

## CUSTOMER SERVICE INFORMATION

Service Center: 1-800-634-5273



00020592 DBI 802 24 00209 - NNNNN 1 000000000 66 0000
04-21244-7 CARTER CHRISTOPHER S
CARTER NANCY E DEBTOR
360100 CARL CLARK TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## SAVINGS SUMMARY
Bankruptcy Business Money Market

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $6,034.23 |
| Deposits and Additions | 1 | 0.42 |
| Ending Balance | 1 | $6,034.65 |
| Interest Paid This Period | | $0.42 |
| Interest Paid Year-to-Date | | $9.25 |

This account earns interest daily and the current interest rate is 0.05%.

The total interest paid this year is $9.25.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/31 | Interest Payment | $0.42 |
| **Total Deposits and Additions** | | **$0.42** |

Page 1 of 1

## SCHEDULE A

## EXPENSE AND DISBURSEMENT WORKSHEET

|  | Requested | Allowed | Paid | Unpaid |
|---|---|---|---|---|
| Administrative: | | | | |
| Court Costs | 250.00 | 250.00 | 0.00 | 250.00 |
| Professionals | | | | |
| Carl R. Clark, Trustee Fees | 1,353.47 | 1,353.47 | 0.00 | 1,353.47 |
| Carl R. Clark, Trustee Expenses | 500.00 | 500.00 | 0.00 | 500.00 |
| Lentz & Clark, P.A., Trustee's Attorney Fees | 1,086.90 | 1,086.90 | 0.00 | 1,086.90 |
| Lentz & Clark, P.A., Trustee's Attorney Expenses | 77.10 | 77.10 | 0.00 | 77.10 |
| (Administrative) | 3,267.47 | 3,267.47 | 0.00 | 3,267.47 |
| **TOTALS:** | 3,267.47 | 3,267.47 | 0.00 | 3,267.47 |

## SCHEDULE B

## TRUSTEE'S FEES AND EXPENSES

I. COMPUTATION OF COMPENSATION

Total disbursements other than to the debtor are $6,034.65. Therefore, pursuant to 11 U.S.C. §326, compensation requested is $1,353.47.

II. TRUSTEE'S EXPENSES

|  | REQUESTED | PAID | UNPAID |
|---|---|---|---|
| Expenses per attached statement | 500.00 | 0.00 | 500.00 |
| **TOTAL** | $ 500.00 | $ 0.00 | $ 500.00 |

## SCHEDULE B - Attachment

In re: Carter, Christopher S.
Carter, Nancy E.  
Case No. 04-21244-7

Fees (excluding statutory trustee's fees) and expenses incurred in connection with the administration of the above-estate, including receiving and depositing checks, reconciling account statements, data entry related to initial interim report, correspondence, attorneys' fees incurred in connection with preparation of pleadings, including notice of discovery of assets, secured creditor notice, trustee's final report, order authorizing distribution and the final account, and the expenses associated therewith, photocopies and postage: .................................................... $500.00

# SCHEDULE C

## SUMMARY OF ALLOWED CLAIMS AND ESTIMATED DISTRIBUTION

Funds on Hand: $6,034.65
Trustee Fees: $1,353.47
Trustee Expenses: $500.00
Trustee's Attorney Fees: $1,086.90
Trustee's Attorney Expenses: $77.10
US Bankruptcy Court : $250.00
Net Funds Available for Distribution to Creditors: $2,767.18

### SECURED CLAIMS

| Claim Number and Claimant | | ALLOWED CLAIM | ESTIMATED DIVIDENDS** |
|---|---|---:|---:|
| 3 | Internal Revenue Service | 7,383.39 | 2,767.18 |
| | Total Secured Claims | $ | 7,383.39 |
| | Funds, if any, remaining for distribution to priority and unsecured creditors | $ | 0.00 |

**NOTE: ACTUAL DIVIDEND AMOUNT MAY BE INCREASED BUT WILL NOT BE LESS THAN ESTIMATED AMOUNT.

# District of Kansas
# Claims Register

## 04-21244 Christopher S Carter and Nancy E Carter

**Judge:** Dale L. Somers   **Chapter:** 7
**Office:** Kansas City   **Last Date to file claims:**
**Trustee:** Carl R. Clark   **Last Date to file (Govt):**

| Creditor: (5164401)<br>Discover Bank / Discover Financial Services<br>POB 8003<br>Hilliard Ohio 43054 | Claim No: 1<br>Filed: 07/31/2006<br>Entered: 07/31/2006 | Status:<br>Filed by: CR  *u*<br>Entered by: Price, Carrie<br>Modified: |
|---|---|---|

Unsecured claimed: $11341.18
Total        claimed: $11341.18

History:
1-1    07/31/2006 Claim #1 filed by Discover Bank / Discover Financial Services , total amount claimed: $11341.18 (Price, Carrie)

Description: (1-1) 008194512916
Remarks:

| Creditor: (5166617)<br>Applied Card Bank<br>PO Box 17125<br>Willmington DE 19850-7125 | Claim No: 2<br>Filed: 07/31/2006<br>Entered: 08/01/2006 | Status:<br>Filed by: CR  *u*<br>Entered by: ktb<br>Modified: |
|---|---|---|

Unknown claimed: $534.89
Total      claimed: $534.89

History:
2-1    07/31/2006 Claim #2 filed by Applied Card Bank , total amount claimed: $534.89 (ktb)

Description:
Remarks:

| Creditor: (4059884)<br>Internal Revenue Service<br>271 W 3rd St N Suite 3000<br>STOP 5020W1C<br>Wichita KS 67202 | Claim No: 3<br>Filed: 08/04/2006<br>Entered: 08/04/2006 | Status:  *S - pay all funds*<br>Filed by: CR<br>Entered by: Jordan, Dorothy<br>Modified: |
|---|---|---|

Unsecured claimed: $1726.61
~~Secured~~ claimed: $7383.39   *(circled)*
~~Priority~~ claimed: $6220.61
Total       claimed: $15330.61

History:
3-1    08/04/2006 Claim #3 filed by Internal Revenue Service , total amount claimed: $15330.61 (Jordan, Dorothy)

Description:
Remarks:

| Creditor: (4059864) Birch Telecom  History PO Box 927 Emporia Ks 66801 | Claim No: 4 Filed: 08/07/2006 Entered: 08/07/2006 | Status: Filed by: CR Entered by: ktb Modified: |
|---|---|---|
| Unknown claimed: $1605.77 Total claimed: $1605.77 ||||
| History: ● 4-1  08/07/2006 Claim #4 filed by Birch Telecom, total amount claimed: $1605.77 (ktb) ||||
| Description: ||||
| Remarks: ||||

| Creditor: (4059858) AdPro Images PO Box 8206 Prairie Village KS 66208 | Claim No: 5 Filed: 08/08/2006 Entered: 08/08/2006 | Status: Filed by: CR Entered by: ktb Modified: |
|---|---|---|
| Unknown claimed: $31896.94 Total claimed: $31896.94 ||||
| History: ● 5-1  08/08/2006 Claim #5 filed by AdPro Images, total amount claimed: $31896.94 (ktb) ||||
| Description: ||||
| Remarks: ||||

| Creditor: (4059863) Bensoft 912 Baltimore Ave Suite 900 Kansas City MO 64105 | Claim No: 6 Filed: 08/09/2006 Entered: 08/09/2006 | Status: Filed by: CR Entered by: ktb Modified: |
|---|---|---|
| Unknown claimed: $8500.00 Total claimed: $8500.00 ||||
| History: ● 6-1  08/09/2006 Claim #6 filed by Bensoft, total amount claimed: $8500 (ktb) ||||
| Description: ||||
| Remarks: ||||

| Creditor: (5195252) American Express Travel Related Services Co Inc c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Claim No: 7 Filed: 09/12/2006 Entered: 09/12/2006 | Status: Filed by: CR Entered by: Lee, Thomas Modified: |
|---|---|---|
| Unsecured claimed: $62593.75 Total claimed: $62593.75 ||||
| History: ||||

- 7-1    09/12/2006 Claim #7 filed by American Express Travel Related Services Co Inc , total amount claimed: $62593.75 (Lee, Thomas)

| Description: |
| Remarks: |

| Creditor: (5195352)<br>American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim No: 8<br>Filed:   09/12/2006<br>Entered: 09/12/2006 | Status:<br>Filed by: CR<br>Entered by: Lee, Thomas<br>Modified: |
|---|---|---|

Unsecured claimed: $1516.66
Total       claimed: $1516.66

History:
- 8-1    09/12/2006 Claim #8 filed by American Express Bank FSB , total amount claimed: $1516.66 (Lee, Thomas)

| Description: |
| Remarks: |

| Creditor: (5205525)<br>Kansas Department of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka KS 66612-2005 | Claim No: 9<br>Filed:   09/26/2006<br>Entered: 09/26/2006 | Status:<br>Filed by: CR<br>Entered by: Crecelius, Mary<br>Modified: |
|---|---|---|

Unsecured claimed: $1845.35
Priority    claimed: $7569.84
Total       claimed: $9415.19

History:
- 9-1    09/26/2006 Claim #9 filed by Kansas Department of Revenue , total amount claimed: $9415.19 (Crecelius, Mary)

Description: (9-1) Claim filed for late discovered assets notice for pre-petition income debt.
Remarks:

| Creditor: (4059880)<br>Heartland Technology Solutions<br>653 Oak Road<br>Harlan IA 51537 | Claim No: 10<br>Filed:   09/26/2006<br>Entered: 09/26/2006 | Status:<br>Filed by: CR<br>Entered by: kmm<br>Modified: |
|---|---|---|

Unsecured claimed: $1168.57
Total       claimed: $1168.57

History:
- 10-1    09/26/2006 Claim #10 filed by Heartland Technology Solutions , total amount claimed: $1168.57 (kmm)

Description: (10-1) original
Remarks:

| Creditor: (5219974) | Claim No: 11 | Status: |
|---|---|---|

| Fasone & Partners, Inc. f/k/a Fasone Garrett Boehm<br>c/o Jerald S. Enslein<br>GALLAS & SCHULTZ<br>9140 Ward Parkway<br>Suite 200<br>Kansas City, MO 64114 | *Filed:* 10/16/2006<br>*Entered:* 10/16/2006 | *Filed by:* CR<br>*Entered by:* Enslein, Jerald<br>*Modified:* |
|---|---|---|

Unsecured claimed: $2705.00
Total claimed: $2705.00

*History:*
 11-1    10/16/2006 Claim #11 filed by Fasone & Partners, Inc. f/k/a Fasone Garrett Boehm , total amount claimed: $2705 (Enslein, Jerald)

*Description:* (11-1) Unsecured nonpriority claim
*Remarks:*

| *Creditor:* (4059913)<br>Wanda Kelsey-Mendez<br>6801 Marty<br>Shawnee Mission KS 66204 | **Claim No: 12**<br>*Filed:* 10/19/2006<br>*Entered:* 10/20/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* kms<br>*Modified:* |
|---|---|---|

Unsecured claimed: $12734.00
Priority claimed: $13362.76
Total claimed: $26096.76

*History:*
 12-1    10/19/2006 Claim #12 filed by Wanda Kelsey-Mendez , total amount claimed: $26096.76 (kms)

*Description:*
*Remarks:*

| *Creditor:* (4059891)<br>Mail Print<br>8300 N E Underground Drive<br>Pillar 122<br>Kansas City MO 64161 | **Claim No: 13**<br>*Filed:* 10/30/2006<br>*Entered:* 10/31/2006 | *Status:*<br>*Filed by:* CR<br>*Entered by:* kmm<br>*Modified:* |
|---|---|---|

Unsecured claimed: $13526.12
Total claimed: $13526.12

*History:*
 13-1    10/30/2006 Claim #13 filed by Mail Print , total amount claimed: $13526.12 (kmm)

*Description:* (13-1) original
*Remarks:*

## Claims Register Summary

Case Name: Christopher S Carter and Nancy E Carter
Case Number: 04-21244
Chapter: 7
Date Filed: 03/30/2004

Total Number Of Claims: 13

|  | Total Amount Claimed | Total Amount Allowed |
|---|---|---|
| Unsecured | $109157.24 |  |
| Secured | $7383.39 |  |
| Priority | $27153.21 |  |
| Unknown | $42537.60 |  |
| Administrative |  |  |
| Total | $186231.44 | $0.00 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/22/2008 10:05:36 | | | |
| PACER Login: | cc0301 | Client Code: | |
| Description: | Claims Register | Search Criteria: | 04-21244 Filed or Entered From: 1/1/1990 Filed or Entered To: 12/31/2008 |
| Billable Pages: | 1 | Cost: | 0.08 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| Carter, Christopher S. ) | |
| Carter, Nancy E. ) | Case No. 04-21244-7 DLS |
| ) | |
| Debtors. ) | |

**NOTICE OF REQUEST TO THE BANKRUPTCY CLERK'S OFFICE
IN THE ABOVE-CAPTIONED CASE**

The Trustee, Carl R. Clark, in the above-captioned case, requests that the Bankruptcy Clerk's office furnish to him the following information to assist the Trustee in the closing of the case:

Assets: $6,032.32

Calculation of court costs:

    a) Adversary filing fees      250.00

    b) Reopening fee      —

    c) Notices, or [check]
       "noticing fees paid previously"      —

    d) Certifications      —

TOTAL COURT COSTS      Ø

DATED: September 22, 2008

                                                   s/Carl R. Clark
                                                   Carl R. Clark  11411
                                                   Lentz & Clark P.A.
                                                 P.O. Box 12167
                                                 Overland Park, KS  66282-2167
                                                 (913) 648-0600
                                                 (913) 648-0664 Telecopier
                                                 cclark@lentzandclark.com
                                                 Trustee